Louis Burnstein, Appellant, *v.* Eda Haas, Respondent.

Argued June 7, 1948; decided July 16, 1948.

*I. Maurice Wormser, Harry E. Kreindler* and *Julius H. Turetsky* for appellant.

*Saul Gordon* and *John P. Wourms* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.